UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02514-SSS-SPx | Date | September 21, 2026 |
| Title | *David Rigney v. County of San Bernadino, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On September 8, 2026, the Court ordered the parties to meet and confer and provide the Court with proposed dates for the Final Pretrial Conference and Jury Trial on or before September 18, 2026. [Dkt. No. 64]. As of today, the parties have not submitted dates.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** in writing why they should not be sanctioned $250.00 for failure to file dates. Plaintiff is also ordered to show cause in writing why this case should not be dismissed for failure to obey court orders. *See* Fed. R. Civ. P. 41(b). The written responses are due by September 25, 2026.

**IT IS SO ORDERED.**